**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 13 |
| Shavon Parker | Bankruptcy Number: 25-10932-amc |
| Debtor | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Notice of Appearance and Request for Notices was served by either electronic or first class mail, addressed to the following parties on the date indicated below:

**Shavon Parker**
1941 Georgian Rd
Philadelphia, PA 19138-2113
*Debtor*

**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
*Counsel for the Debtor*

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
*Trustee*

**OFFICE OF UNITED STATES TRUSTEE**
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
*U.S. Trustee*

|  |  |
|---|---|
| | UNRUH, TURNER, BURKE & FREES, P.C. |
| Date: March 12, 2025 | By: *Kristen Wetzel Ladd* |
| | Kristen Wetzel Ladd, Esquire |
| | Attorney for Citizens Bank, N.A., |
| | P.O. Box 515 |
| | West Chester, PA 19381-0515 |
| | Attorney I.D. No. 208755 |
| | (610) 692-1371 |