UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Shavon Parker | CASE NO.: 25-10932-amc |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Servis One, Inc dba BSI Financial Services ("Servis One"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Michael J. Shavel, Esq,
> Hill Wallack LLP
> 1000 Floral Vale Blvd., Suite 300
> Yardley, PA 19067
> Telephone: 267-759-2071
> Facsimile: 609-634-7339
> Email: mshavel@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Servis One, Inc dba BSI Financial Services (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so

triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Servis One, Inc dba BSI Financial Services is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 21, 2025                             Hill Wallack LLP


                                                           By: */s/ Michael J. Shavel*
                                                           Michael J. Shavel, Esq.
                                                           Hill Wallack LLP
                                                           1000 Floral Vale Blvd., Suite 300
                                                           Yardley, PA 19067
                                                           Telephone: 267-759-2071
                                                           Facsimile: 609-634-7339
                                                           Email: mshavel@hillwallack.com

                                                           Counsel to Servis One, Inc dba BSI Financial Services

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Shavon Parker | CASE NO.: 25-10932-amc |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance for Servis One, Inc dba BSI Financial Services in the manner indicated below on March 21, 2025:

Shavon Parker
1941 Georgian Rd
Philadelphia, PA 19138
**DEBTOR - VIA REGULAR MAIL**

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**COUNSEL FOR DEBTOR -VIA ECF**

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**UNITED STATES TRUSTEE - VIA ECF**

Kenneth E. West
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
**TRUSTEE - VIA ECF**

*By: /s/ Michael J. Shavel*
Michael J. Shavel, Esq.,
Attorney ID 60554
Hill Wallack, LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: 267-759-2071
Facsimile: 609-634-7339
Email: mshavel@hillwallack.com