UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            Bankr. Case No. 25-10932

Shavon Parker                                          Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
> c/o BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011

BK Servicing, LLC

By /s/ Stephanie Jones

Stephanie Jones, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011
651-366-6390
notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 27, 2025 :

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Kenneth E. West
Office Of The Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA  19106

By  /s/ Stephanie Jones, Agent
    Stephanie Jones

523579