IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| SHAVON PARKER, | : CASE NO. 25-10932 AMC |
| DEBTOR, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : May 6, 2025 @ 10:00 a.m. |
| MOVANT, | |
| V. | |
| SHAVON PARKER, | |
| RESPONDENT, | : RELATED TO DOCKET NO. 14 |

**CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Proposed Chapter 13 Plan, on the parties at the below addresses, on April 25, 2025 by:

**25-10932-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Shavon Parker
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

KRISTEN WETZEL LADD on behalf of Citizens Bank, N.A.
kladd@utbf.com, mselby@utbf.com

MICHAEL J. SHAVEL on behalf of Creditor Servis One, INC DBA BSI Financial Services
mshavel@hillwallack.com,
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-10932-amc Notice will not be electronically mailed to:**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011


EXECUTED ON:  April 25, 2025

By:     /s/ Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA Attorney I.D.: 209683
Phone: (717) 783-3673
Facsimile: (717) 772-1459