# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

1,928  FUEL GAS

2235699990L5352-001

| W1K5J4HB6PN336867 | 2023 | MERCEDES BENZ | 85428631401 DA |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| SDN | 0 | | 12/21/22 | 000008 | 0 |
|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM PROCD DATE | ODOM MILES | ODOM STATUS |

| 12/21/22 | 12/21/22 | | | | | |
|---|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD FOR NON U S DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

DAIMLER TRUST
PO BOX 685
ROANOKE TX 76262

FIRST LIEN FAVOR OF

DAIMLER TITLE CO

SECOND LIEN FAVOR OF

FIRST LIEN RELEASED_____ DATE _____

BY_____ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO CA 95899

If a second lienholder is listed upon satisfaction of the first lien the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee

SECOND LIEN RELEASED _____ DATE _____

BY_____ AUTHORIZED REPRESENTATIVE



**pennsylvania**
DEPARTMENT OF TRANSPORTATION

YASSMIN GRAMIAN P E
Secretary of Transportation

I certify as of the date of issue the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME     MO    DAY    YEAR

If a co-purchaser other than your spouse is listed and you want the title to be listed as Joint Tenants With Right of Survivorship (on death of one owner title goes to surviving owner) CHECK HERE ☐  Otherwise the title will be issued as Tenants in Common (on death of one owner interest of deceased owner goes to his/her heirs or estate)

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

IF NO LIEN CHECK ☐    IS THIS AN ELT? (IF YES FIN REQUIRED)  YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER

1ST LIENHOLDER NAME

STREET

CITY    STATE    ZIP

The undersigned hereby makes application for Certificate of Title to the vehicle described above subject to the encumbrances and other legal claims set forth here

IF NO 2ND LIEN CHECK ☐ IS THIS AN ELT? (IF YES FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER

2ND LIENHOLDER NAME

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

STREET

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

CITY    STATE    ZIP

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

86753788