## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

IN RE:                                          )
                                                )     25-10932 (AMC)
SHAVON PARKER                                   )
                                                )
**Debtor(s)**                                   )     Chapter 13
                                                )
_____               )

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust hereby certifies as follows:

1. I am the attorney for Mercedes-Benz and am fully familiar with the facts of this case.

2. On June 27, 2025, I served by electronic means and/or by regular mail, a copy of the Notice Of Motion, Motion For Relief From Stay, and Proposed Order to the following individuals:

Debtor                                  Debtor's Attorney
Shavon Parker                           Michael A. Cibik, Esq.
1941 Georgian Rd                        Cibik Law, P.C.
Philadelphia, PA 19138                  1500 Walnut Street
                                        Suite 900
                                        Philadelphia, PA 19102


Office of the US Trustee                Trustee
Robert N.C. Nix Federal Building        Kenneth E. West
900 Market Street                       Office of the Chapter 13 Standing Trustee
Suite 320                               190 N. Independence Mall West
Philadelphia, PA 19107                  Suite 701
                                        Philadelphia, PA 19106


Date  6/27/25


/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania