IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAVON PARKER | ) |
| **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| MERCEDES-BENZ VEHICLE TRUST SUCESSOR IN INTEREST TO DAIMLER TRUST | ) |
| | ) Case No.: 25-10932 (AMC) |
| **Moving Party** | ) |
| | ) **Hearing Date: 7-22-25 at 11:00 AM** |
| v. | ) |
| | ) 11 U.S.C. 362 |
| SHAVON PARKER | ) |
| **Respondent(s)** | ) |
| | ) |
| KENNETH E. WEST | ) |
| **Trustee** | ) |

**ORDER APPROVING STIPULATION**

    IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Vehicle Trust and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 21, 2025 in the above matter is APPROVED.

Dated:  July 29, 2025

                                          BY THE COURT:

                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE