United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 25-10932-amc
Shavon Parker                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 2

Date Rcvd: Jul 29, 2025            Form ID: pdf900            Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shavon Parker, 1941 Georgian Rd, Philadelphia, PA 19138-2113 |
| cr | + | Servis One, INC DBA BSI Financial Services, Hill Wallack LLP, 1000 Floral Vale Blvd, Suite 300, Yardley, PA 19067-5582 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| NONE | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 30 2025 00:17:00 | Citizens Bank, N.A., One Citizens Bank Way, Mail Stop JCA115, Johnston, RI 02919 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 00:29:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | Email/Text: notices@bkservicing.com | Jul 30 2025 00:17:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |

District/off: 0313-2       User: admin       Page 2 of 2

Date Rcvd: Jul 29, 2025       Form ID: pdf900       Total Noticed: 5

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN WETZEL LADD
on behalf of Citizens Bank  N.A. kladd@utbf.com, ddays@utbf.com

MICHAEL A. CIBIK
on behalf of Debtor Shavon Parker help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL J. SHAVEL
on behalf of Creditor Servis One  INC DBA BSI Financial Services mshavel@hillwallack.com,
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAVON PARKER <br>    **Debtor(s)** | ) <br> ) <br> ) |
| | )   CHAPTER 13 |
| MERCEDES-BENZ VEHICLE TRUST <br> SUCESSOR IN INTEREST TO <br> DAIMLER TRUST <br>    **Moving Party** | ) <br> )   Case No.: 25-10932 (AMC) <br> ) <br> ) <br> ) |
| | )   **Hearing Date: 7-22-25 at 11:00 AM** |
|   v. | ) <br> )   11 U.S.C. 362 |
| SHAVON PARKER <br>    **Respondent(s)** | ) <br> ) <br> ) |
| KENNETH E. WEST <br>    **Trustee** | ) <br> ) <br> ) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Vehicle Trust
and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 21, 2025 in
the above matter is APPROVED.

Dated:  July 29, 2025

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE