IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAVON PARKER ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| MERCEDES-BENZ VEHICLE TRUST ) | |
| SUCESSOR IN INTEREST TO ) | Case No.: 25-10932 (AMC) |
| DAIMLER TRUST ) | |
| **Moving Party** ) | |
| ) | **Hearing Date: 7-22-25 at 11:00 AM** |
| v. ) | |
| ) | 11 U.S.C. 362 |
| SHAVON PARKER ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING (AMENDED) STIPULATION

IT IS HEREBY ORDERED that the Amended Stipulation between Mercedes-Benz Vehicle Trust and the Debtor in settlement of the Motion For Stay Relief, and filed on or about September 18, 2025 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE