IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| SHAVON PARKER | : CASE NO. 25-10932 AMC |
| DEBTOR, | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : September 30, 2025 @ 10:00 a.m. |
| MOVANT, | : |
| V. | : |
| SHAVON PARKER, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 30 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on September 23, 2025:

**25-10932-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Shavon Parker
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

WILLIAM EDWARD CRAIG on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

KRISTEN WETZEL LADD on behalf of Citizens Bank, N.A.

kladd@utbf.com, ddays@utbf.com

MICHAEL J. SHAVEL on behalf of Creditor Servis One, INC DBA BSI Financial Services
mshavel@hillwallack.com,
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-10932-amc Notice will not be electronically mailed to:**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

EXECUTED ON: September 23, 2025

|  |  |
|---|---|
|  | By: /s/Jonathan W. Chatham |
|  | Jonathan W. Chatham |
|  | Deputy Chief Counsel |
|  | PA Department of Revenue |
|  | Office of Chief Counsel |
|  | P.O. Box 281061 |
|  | Harrisburg, PA 17128-1061 |
|  | PA I.D. # 209683 |
|  | Phone: 717-783-3673 |
|  | Facsimile: 717-772-1459 |