**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------x
In re:                                     :
                                           :        Chapter 13
                                           :
       Shavon Parker,                      :
                                           :
                                           :        Case No. 25-10932 (AMC)
                             Debtor.        :
-------------------------------------------------x
```

**ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA
COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of MEGAN N. HARPER, Divisional Deputy City Solicitor as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Megan N. Harper, Divisional Deputy City Solicitor; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered

only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in

this case or any case, controversy, or proceeding related to this case; (3) to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any

other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law

or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly

reserves.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 25, 2025          By:      */s/ Megan N. Harper*
                                                   MEGAN N. HARPER
                                                   Divisional Deputy City Solicitor
                                                   PA Attorney I.D. 81669
                                                   Attorney for the City of Philadelphia
                                                   City of Philadelphia Law Department
                                                   Municipal Services Building
                                                   1401 JFK Boulevard, 5th Floor
                                                   Philadelphia, PA  19102-1595
                                                   215-686-0503 (phone)
                                                   Email: Megan.Harper@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                    :
                                          :          Chapter 13
                                          :
        Shavon Parker,                    :
                                          :
                                          :          Case No. 25-10932 (AMC)
                          Debtor.         :
-------------------------------------------------x
```

**ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA
COMBINED WITH DEMAND FOR SERVICE OF PAPERS
CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the City of Philadelphia was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF Filing Notice

Chapter 13 Trustee:                          United States Trustee
KENNETH E. WEST                              Office of United States Trustee
Chapter 13 Standing Trustee                  Robert N.C. Nix Federal Building
190 N. Independence Mall West – Suite 701     900 Market Street – Suite 320
Philadelphia, PA 19106                       Philadelphia, PA 19106

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street –Suite 900
Philadelphia, PA 19102

Via USPS Mail Delivery

Shavon Parker
1941 Georgian Rd
Philadelphia, PA 19138-2113


                                    THE CITY OF PHILADELPHIA

Dated: September 25, 2025        By:    /s/ Megan N. Harper
                                        MEGAN N. HARPER
                                        Divisional Deputy City Solicitor