**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                              :
                                                    :           Chapter 13
                                                    :
        Shavon Parker,                              :
                                                    :
                                                    :           Case No. 25-10932 (AMC)
                                    Debtor.         :
---------------------------------------------------------x

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED FIRST AMENDED CHAPTER 13 PLAN**

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a priority creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), and L.B.R. 3015-4, to object to the proposed First Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On March 7, 2025, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

2. On September 5, 2025, the City filed an amended priority claim for Wage Tax totaling $1,499.53 in relation to CodeRed Healthcare Services, of which the debtor is a managing member and a responsible party. A true and correct copy of the claim is attached hereto as **Exhibit A**.

3. The claim is a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

4. As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

5. A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

6. The Plan should not be confirmed until all priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 25, 2025    By:    /s/ Megan N. Harper
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------x
In re:                                          :
                                                :     Chapter 13
                                                :
                                                :
    Shavon Parker,                              :
                                                :
                                                :
                                                :     Case No. 25-10932 (AMC)
                            Debtor.             :
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Megan N. Harper hereby certify that on September 25, 2025, a copy of the Objection to the Proposed First Amended Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

Via ECF Filing Notice

| | |
|---|---|
| Chapter 13 Trustee: | United States Trustee |
| KENNETH E. WEST | Office of United States Trustee |
| Chapter 13 Standing Trustee | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West – Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19106 |

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street –Suite 900
Philadelphia, PA 19102

Via USPS Mail Delivery
Shavon Parker
1941 Georgian Rd
Philadelphia, PA 19138-2113

                                                                                                     THE CITY OF PHILADELPHIA

Dated: September 25, 2025        By:    */s/ Megan N. Harper*
                                                                      MEGAN N. HARPER
                                                                      Divisional Deputy City Solicitor
                                                                      PA Attorney I.D. 81669