| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | SHAVON PARKER |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 25-10932 |

HARPER, MEGAN on 9/5/2025 at 11:23 AM EST
Case Name:        Shavon Parker
Case Number:      25-10932-amc
Creditor Name:    City of Philadelphia Law Department
Tax Litigation & Collections Unit
1401 John F. Kennedy Blvd., 5th Fl.
Philadelphia, PA 19102
Claim Number:     Amended 20    Claims Register
Amount Claimed: $1,499.53
Amount Secured:
Amount Priority: $1499.53

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
City of Philadelphia / School District of Philadelphia
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
City of Phila Law Dept - Tax Lit & Coll Unit
Name
1401 JFK Blvd, 5th Floor
Number    Street
Philadelphia    PA    19102
City    State    ZIP Code
Contact phone 215-686-0503
Contact email Megan.Harper@phila.gov

**Where should payments to the creditor be sent?** (if different)
Name
Number    Street
City    State    ZIP Code
Contact phone
Contact email

Uniform claim identifier (if you use one):
__ __ __ __-__ __ __ __-__ __ __ __-__ __ __ __-__ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 20-1
Filed on 09/03/2025
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  9  6  2  0

7. **How much is the claim?**   $_____1,499.53. **Does this amount include interest or other charges?**
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Municipal Claim

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes.   The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property**:   $_____.00
   **Amount of the claim that is secured:**   $_____.00
   **Amount of the claim that is unsecured:**   $_____.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____.00
   **Annual Interest Rate [Real Estate]**(when case was filed)_____0_%
   **Annual Interest Rate [Judgments]**(when case was filed)_____0_%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____.00

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____0.00 |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____0.00 |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____0.00 |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____1,499.53 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____0.00 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____0.00 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    09/05/2025
                    MM / DD / YYYY

/s/ Megan N. Harper
Signature

**Print the name of the person who is completing and signing this claim:**

Name:    Megan N. Harper
         First name    Middle name    Last name

Title:   Divisional Deputy City Solicitor

Company: City of Philadelphia Law Department - Tax Litigation & Collections Unit
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1401 JFK Blvd, 5th Floor
         Number    Street
         Philadelphia                                    PA         19102
         City                                            State      ZIP Code

Contact phone    (215) 686-0503              Email   Megan.Harper@phila.gov

Debtor: SHAVON PARKER      Co-Debtor:           **City of Philadelphia**           Bankruptcy: 25-10932
                                        ***Pre-Petition Itemized Statement***     Filing date: 07-Mar-2025
Interest and Penalties as of: 07-Mar-2025

## Claim Type: Priority

Wage Tax - Account Ending in 5188 - CODERED HEALTHCARE SERVICES

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2020 | $940.70 | $187.21 | $371.62 | $0.00 | $0.00 | $1,499.53 | |
| | **$940.70** | **$187.21** | **$371.62** | **$0.00** | **$0.00** | **$1,499.53** | |
| | | | | | Subtotal: | $1,499.53 | |
| | | | | | Total Claim: | **$1,499.53** | |