# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Shavon Parker,<br><br>*Debtor.* | Chapter 13<br>Case No: 25-10932-AMC |

## Amended Certificate of Service

 I, Michael A. Cibik, certify that on October 27, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

 I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: October 27, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit - Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Servis One, LLC. dba BSI Financial Services**
4200 Regent Blvd. Ste. 200
Irving, TX 75063

**Mercedes-Benz Vehicle Trust**
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

**Mailing List Exhibit - Method of Service - First Class Mail:**

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

**City of Philadelphia**
Law Department
Tax Litigation & Collections Unit
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

**Water Revenue Bureau**
Attn: Pamela Elchert Thurmond
Tax & Revenue Unit
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

**Aidvantage on behalf of**
Dept of Ed Loan Services
PO BOX 300001
Greenville, TX 75403

**Portfolio Recovery Associates**
P.O. Box 41067
Norfolk, VA 23541

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid. Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Navy Federal Credit Union**
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

**LVNV Funding, LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Keybank N.A.**
4910 Tiedeman Road
Brooklyn, OH 44144

**Citizens Bank, N.A.**
1 Citizens Way
Johnston, RI 02919