IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                    :
                                          :        Chapter 13
                                          :
   Shavon Parker,                         :
                                          :
                                          :        Case No. 25-10932 (AMC)
                          Debtor.         :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 33] which was filed on September 25, 2025.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: November 3, 2025        By: */s/ Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney ID 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov