IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SHAVON PARKER | : CASE NO. 25-10932 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : December 9, 2025 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| SHAVON PARKER, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 37 |

## **ORDER**

Upon consideration of the Objection of the Commonwealth of Pennsylvania, Department of Revenue, the Debtor's Request for an Order to confirm their Plan is denied. The Debtor shall submit an amended plan which provides for the full payment of the Department's claim in the proper classifications and amounts.

BY THE COURT

_____
UNITED STATES BANKRUPTCY JUDGE