IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| SHAVON PARKER, | : CASE NO. 25-10932 AMC |
| DEBTOR, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : December 9, 2025 @ 10:00 a.m. |
| MOVANT | |
| V. | |
| SHAVON PARKER RESPONDENT, | : RELATED TO DOCKET NO. 14, 30, 40 |

## WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTIONS TO DEBTOR'S PROPOSED CHAPTER 13 PLANS

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and upon review of the Debtor's Amended Plan, the Department hereby withdraws its Objection to Debtor's Chapter 13 Plan.

Date: December 8, 2025                                   Respectfully submitted,

/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459