IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SHAVON PARKER, | : CASE NO. 25-10932 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME |
| | : December 9, 2025 @ 10:00 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| SHAVON PARKER | : |
| RESPONDENT, | : DOCUMENT NO.: 42 |

**<u>CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTIONS TO DEBTOR'S PROPOSED CHAPTER 13 PLANS</u>**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on December 8, 2025 by:

**25-10932-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Shavon Parker
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

WILLIAM EDWARD CRAIG on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

MEGAN N. HARPER on behalf of Creditor CITY OF PHILADELPHIA
megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

KRISTEN WETZEL LADD on behalf of Citizens Bank, N.A.
kladd@utbf.com, ddays@utbf.com

MICHAEL J. SHAVEL on behalf of Creditor Servis One, INC DBA BSI Financial Services
mshavel@hillwallack.com,
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-10932-amc Notice will not be electronically mailed to:**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


EXECUTED ON: December 8, 2025

|  |  |
|---|---|
| By: | /s/ Jonathan W. Chatham |
|  | Jonathan W. Chatham |
|  | Deputy Chief Counsel |
|  | PA Department of Revenue |
|  | Office of Chief Counsel |
|  | P.O. Box 281061 |
|  | Harrisburg, PA 17128-1061 |
|  | PA I.D. # 209683 |
|  | Phone: 717-783-3673 |
|  | Facsimile: 717-772-1459 |