United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-10932-amc

Shavon Parker  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Dec 10, 2025 Form ID: 155 Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shavon Parker, 1941 Georgian Rd, Philadelphia, PA 19138-2113 |
| 14987248 | | Citizens Bank, N.A., c/o Kristen Wetzel Ladd, Esq, P O Box 515, West Chester, PA 19381-0515 |
| 15023960 | + | Mercedes-Benz Vehicle Trust, c/o William E. Craig, Esq, 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14985611 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14985614 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14989653 | + | Servis One, Inc., c/o Michael J. Shavel, Esq, 100 Floral Vale Blvd., Ste 300, Yardley, PA 19067-5522 |
| 15003629 | + | Servis One, LLC. dba BSI Financial Services, 4200 Regent Blvd. Ste. 200, Irving, TX 75063-2240 |
| 14985618 | | TD Bank/Raymour & Flanigan, Attn: Bankruptcy 1701 Rt. 70 East, Cherry Hill, NJ 08003 |
| 15054551 | + | The City of Philadelphia and/or Water Revenue Bure, c/o MEGAN N. HARPER, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14985620 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14985595 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 11 2025 00:36:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14985594 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 11 2025 00:43:55 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15019660 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 11 2025 00:43:48 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15000934 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 00:43:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14985596 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 11 2025 00:36:00 | BSI Financial Srvs, Attn: Bankruptcy 4200 Regent Blvd. Ste B, Irving, TX 75063-2240 |
| 14987177 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 11 2025 00:36:00 | Citizens Bank, N.A., 1 Citizens Way,, Johnston, RI 02919 |
| 14985598 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15045895 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd., 5th Fl., Philadelphia, PA 19102 |
| 15034663 | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |

Case 25-10932-amc   Doc 47   Filed 12/12/25   Entered 12/13/25 00:37:42   Desc Imaged
                        Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 44 |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14985597 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 00:43:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14985599 | | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14985600 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14985601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14985602 | | Email/Text: mrdiscen@discover.com | Dec 11 2025 00:36:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14985603 | + | Email/Text: bankruptcy@firstelectronic.com | Dec 11 2025 00:36:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 14985605 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14999642 | + | Email/Text: RASEBN@raslg.com | Dec 11 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14985606 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2025 00:43:53 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14989533 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 11 2025 00:36:00 | Keybank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14990183 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14985607 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Dec 11 2025 00:36:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14985608 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Dec 11 2025 00:36:00 | Mercedes Benz, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14991666 | | Email/Text: notices@bkservicing.com | Dec 11 2025 00:36:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14985609 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 11 2025 00:43:43 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14985610 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 11 2025 00:36:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14998600 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 11 2025 00:36:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14996084 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 00:43:44 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14985616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 00:43:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14985612 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14991183 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14985613 | ^ | MEBN | Dec 11 2025 00:31:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14985615 | | Email/Text: bankruptcy@philapark.org | Dec 11 2025 00:36:00 | Philadelphia Parking Authority, Bankruptcy |

Case 25-10932-amc  Doc 47  Filed 12/12/25  Entered 12/13/25 00:37:42  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14985617 | + | Email/Text: bankruptcy@self.inc | Dec 11 2025 00:36:00 | Self Financial, Inc., Attn: Bankruptcy Attn: Bankruptcy, 515 Congress Ave , Ste 1550, Austin, TX 78701-3539 |
| 14985619 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 11 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15000936 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15000938 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14998610 | * | Navy Federal Credit Union Attn Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14985604 | ## | Hill Wallack LLP, 777 Township Line Rd Ste 250, Yardley, PA 19067-5565 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN WETZEL LADD | on behalf of Citizens Bank  N.A. kladd@utbf.com, ddays@utbf.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Shavon Parker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Servis One  INC DBA BSI Financial Services mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 155 | Total Noticed: 44 |

WILLIAM EDWARD CRAIG
    on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Shavon Parker<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−10932−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 9, 2025                                                          For The Court

                                                                               Ashely M. Chan
                                                                               Chief Judge, United States Bankruptcy Court