**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Shavon Parker<br><br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 25-10932-amc<br><br>HEARING DATE: May 19, 2026<br>TIME: 11:00am<br>LOCATION: Courtroom 4 |

**MOTION OF SERVIS ONE, INC DBA BSI FINANCIAL SERVICES FOR RELIEF
FROM THE AUTOMATIC
STAY PROVISIONS OF 11 U.S.C. § 362(a) TO PERMIT MOVANT
TO COMMENCE OR CONTINUE FORECLOSURE PROCEEDINGS ON
1941 GEORGIAN RD, PHILADELPHIA, PENNSYLVANIA 19138**

AND NOW COMES, Servis One, Inc dba BSI Financial Services ("Movant"), by and through its attorneys, Hill Wallack LLP, and respectfully represents as follows:

1.      This Motion ("Motion") is filed by Movant for Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on certain real property located at 1941 Georgian Rd, Philadelphia, Pennsylvania 19138 ("Mortgaged Premises").

2.      On or about 7/17/2020, Shavon Parker ("Debtor") executed and delivered to Allied Mortgage Group, Inc., a Pennsylvania Corporation a fixed rate Note ("Note") in the principal amount of $270,019.00. A true and correct copy of the Note is attached hereto and made a part hereof as Exhibit "A."

3.      To secure the obligations under the Note, Debtor granted Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Allied Mortgage Group, Inc., a Pennsylvania Corporation, its successors and assigns a valid, enforceable, and recorded first lien and mortgage ("Mortgage") on the Mortgaged Premises, all of the terms of which are incorporated herein by reference as if fully set forth at length, which Mortgage was thereafter recorded in the Philadelphia County Recorder of Deeds Office on 10/26/2020 as Doc ID: 53738562. A true and correct copy of the Mortgage is attached hereto and made a part hereof as Exhibit "B."

4. Movant is the current mortgagee by virtue of an Assignment of Mortgage. A true and correct copy of the recorded Assignment of Mortgage is attached hereto and made apart hereof as Exhibit "C."

5. Servis One, Inc dba BSI Financial Services services the underlying mortgage loan and Note for the property referenced in this Motion for Movant. In the event the Automatic Stay in this case is modified, this case dismisses, and/or the Debtors obtain a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Mortgage.

6. On March 7, 2025, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

7. The Debtor, in their Schedules filed on March 07, 2025, states that the current value of the Mortgaged Premises is $246,962.00.

8. Movant filed its Proof of Claim on 04/30/2025, as Claim 16-1. The Proof of Claim is in the amount of $269,981.56, with pre-petition arrears due in the amount of $28,914.79 together with additional legal fees and costs and taxes due and payable on the Mortgaged Premises.

9. The Debtor, in their Second Amended Chapter 13 Plan, states that the Debtor will make post-Petition monthly payments directly to Movant.

10. The current monthly payment on the Mortgage through April 1, 2026, is $1,949.89.

11. The Debtor is currently in arrears due to their failure to remit the post-Petition payments due January 01, 2026, through March 01, 2026, in the amount of $6,042.48 ($2,014.16 x 3 months), and the payment due April 01, 2026, in the amount of $1,949.89 ($1,949.89 x 1 months), less a suspense balance in the amount of ($1,295.34), for a total amount due of **$6,697.03**. A post-Petition ledger is attached hereto and made apart hereof as Exhibit "D."

12. Consequently, Movant is entitled to Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) as the Debtor has defaulted on post-Petition payments.

WHEREFORE, Servis One, Inc dba BSI Financial Services respectfully requests that this Court enter an Order granting Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) to allow Movant to proceed in its foreclosure of the Mortgaged Premises, to name the Debtors in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises, and

to allow Movant, or any other purchaser at the Sheriff's Sale, to take any legal action necessary to gain possession of the Mortgaged Premises.

By: */s/ Aleksandra Fugate*
Aleksandra Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com