**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Shavon Parker | CASE NO.: 25-10932-amc |
| Debtor(s). | HEARING DATE: May 19, 2026<br>TIME: 11:00am<br>LOCATION: Courtroom 4 |

**ORDER FOR RELIEF**

AND NOW, this _____ day of _____, 2026, upon the Motion of Servis One, Inc dba BSI Financial Services ("Movant") for Relief from the Automatic Stay, it is

**ORDERED THAT:** Relief is granted from the Automatic Stay provisions of 11 U.S.C. §362(a) to permit Movant to commence or continue its foreclosure on its mortgage on certain real property located at 1941 Georgian Rd, Philadelphia, Pennsylvania 19138 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

**ORDERED THAT:** Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  Rule 4001(a)(4) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
**Ashely M. Chan
United States Bankruptcy Judge**