# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Shavon Parker | CASE NO.: 25-10932-amc |
| Debtor(s). | HEARING DATE: May 19, 2026<br>TIME: 11:00am<br>LOCATION: Courtroom 4 |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Motion of Servis One, Inc dba BSI Financial Services for an Order for Relief and (ii) Notice of Motion and proposed form of Order in the manner indicated below on April 21, 2026:

Shavon Parker
1941 Georgian Rd
Philadelphia, PA 19138-2113
**Debtor**

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**Debtor's Attorney**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**U.S. Trustee**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Trustee**

William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees
P.O. Box 515
West Chester, PA 19381-0515
MEGAN N. HARPER
City of Philadelphia Law Department

Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

By: /s/ Aleksandra Fugate

Aleksandra Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com
