**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Shavon Parker | CASE NO.: 25-10932-amc |
| Debtor(s). | |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

   **AND NOW**, this _____ day of _____, **2026**, it is hereby **ORDERED** that the

corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

                                **BY THE COURT:**


                                _____
                                Ashely M. Chan
                                United States Bankruptcy Judge


Case Administrator to mail:

Cc:    Kenneth E. West: Chapter 13 Trustee
       Debtor: Shavon Parker, 1941 Georgian Rd, Philadelphia, PA 19138-2113
       Counsel for Debtor: Michael A. Cibik, Esquire,
       Counsel for Movant: Aleksandra Fugate, Esquire