**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

|                        |                        |
|------------------------|------------------------|
| IN RE:                 | CHAPTER 13             |
| Shavon Parker          | CASE NO.: 25-10932-amc |
| Debtor(s).             |                        |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

**AND NOW**, this __23rd__ day of __July____, **2026**, it is hereby **ORDERED** that the

corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_____

Ashely M. Chan
United States Bankruptcy Judge

Case Administrator to mail:

Cc:    Kenneth E. West: Chapter 13 Trustee
       Debtor: Shavon Parker, 1941 Georgian Rd, Philadelphia, PA 19138-2113
       Counsel for Debtor: Michael A. Cibik, Esquire,
       Counsel for Movant: Aleksandra Fugate, Esquire