United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10932-amc

Shavon Parker                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shavon Parker, 1941 Georgian Rd, Philadelphia, PA 19138-2113 |
| cr | + | Servis One, INC DBA BSI Financial Services, Hill Wallack LLP, 1000 Floral Vale Blvd, Suite 300, Yardley, PA 19067-5582 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| NONE | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 24 2026 01:46:00 | Citizens Bank, N.A., One Citizens Bank Way, Mail Stop JCA115, Johnston, RI 02919 |
| cr | Email/Text: megan.harper@phila.gov | Jul 24 2026 01:47:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 01:59:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | Email/Text: notices@bkservicing.com | Jul 24 2026 01:47:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Servis One, Inc dba BSI Financial Services |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                                    Signature:          /s/Gustava Winters

District/off: 0313-2                        User: admin                        Page 2 of 2
Date Rcvd: Jul 23, 2026                     Form ID: pdf900                     Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN WETZEL LADD | on behalf of Citizens Bank  N.A. kladd@utbf.com, ddays@utbf.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Shavon Parker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Servis One  INC DBA BSI Financial Services mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Shavon Parker | CASE NO.: 25-10932-amc |
| Debtor(s). | |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY**

     **AND NOW**, this <u>23rd</u> day of <u>July</u>, **2026**, it is hereby **ORDERED** that the

corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

                                     **BY THE COURT:**

                                   Ashely M. Chan
                                   United States Bankruptcy Judge

Case Administrator to mail:

Cc:    Kenneth E. West: Chapter 13 Trustee
        Debtor: Shavon Parker, 1941 Georgian Rd, Philadelphia, PA 19138-2113
        Counsel for Debtor: Michael A. Cibik, Esquire,
        Counsel for Movant: Aleksandra Fugate, Esquire