IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAVON PARKER<br>    **Debtor(s)** | ) |
| | ) |
| | ) CHAPTER 13 |
| MERCEDES-BENZ VEHICLE TRUST | ) |
| SUCESSOR IN INTEREST TO | ) Case No.: 25-10932 (AMC) |
| DAIMLER TRUST | ) |
|     **Moving Party** | ) |
| | ) 11 U.S.C. 362 |
| v. | ) |
| | ) |
| SHAVON PARKER | ) |
|     **Respondent(s)** | ) |
| | ) |
| KENNETH E. WEST | ) |
|     **Trustee** | ) |
| | ) |

### CERTIFICATION OF DEFAULT BY DEBTOR IN VIOLATION OF STIPULATION APPROVED ON SEPTEMBER 26, 2025 AND REQUEST FOR EX PARTE RELIEF FROM THE AUTOMATIC STAY

Comes Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust ("Mercedes-Benz") filing this Certification of Default and ex parte request for relief from the automatic stay and hereby certifies;

1. That on September 26, 2025 the Court entered an Order approving a Stipulation providing for an arrearage cure, monthly payments to Mercedes-Benz, and for relief from the automatic stay under certain circumstances.

2. Paragraph four (4) of the Stipulation provides that commencing July 2025, if the Debtor fails to make any payment to Mercedes-Benz within thirty (30) days after it falls due, Mercedes-Benz may send, via electronic mail to Debtor's attorney and regular mail to the Debtor, written notice of default of the Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

3. In violation of the Stipulation, the Debtor failed to make the payments due for April through June 2026, for a total default in the amount of **$3,696.59**.

4. On July 17, 2026, Mercedes-Benz served a 10-day default letter on the debtor, and her attorney, in accordance with the Stipulation.  To date, the default(s) have not been cured.

5. As a result of the defaults stated in paragraph three (3) of this Certification, Mercedes-Benz is entitled to stay relief in regards to personal property described as a 2023 Mercedes-Benz CLA250 bearing vehicle identification number W1K5J4HB6PN336867.

Respectfully submitted:

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar ID 92329
Local Counsel for Mercedes-Benz Vehicle Trust
successor in interest to Daimler Trust