IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAVON PARKER )<br>**Debtor(s)** )<br> )<br>MERCEDES-BENZ VEHICLE TRUST )<br>SUCESSOR IN INTEREST TO )<br>DAIMLER TRUST )<br>**Moving Party** )<br> )<br>v. )<br> )<br>SHAVON PARKER )<br>**Respondent(s)** )<br> )<br>KENNETH E. WEST )<br>**Trustee** )<br> ) | CHAPTER 13<br><br>Case No.: 25-10932 (AMC)<br><br>11 U.S.C. 362 |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Mercedes-Benz Vehicle Trust successor in interest to  Daimler Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's state court rights in the personal property described as a **2023 Mercedes-Benz CLA250** bearing vehicle identification number W1K5J4HB6PN336867 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

_____
UNITED STATES BANKRUPTCY JUDGE