**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Shavon Parker, <br><br> *Debtor.* | Chapter 13 <br> Case No: 25-10932-AMC |

### Motion to Modify Plan After Confirmation

Debtor Shavon Parker, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on March 7, 2025. The plan was confirmed on December 10, 2025.

2. The Debtor's mortgage company recently filed a Motion For Relief From The Automatic Stay (the "Motion") at ECF No. 48.

3. The Debtor wants to amend her plan in line with the stipulation resolving the Motion that was recently filed and then subsequently approved by the Court at ECF Nos. 53 and 55.

4. The proposed plan cures the arrears that gave rise to the Motion by increasing the Debtor's monthly payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 58 as the new confirmed plan.

6. The Debtor will file a supplement to Schedule J as evidence of the Debtor's ability to fund the new plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: August 7, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com