**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Shavon Parker, | Chapter 13 |
| | Case No: 25-10932-AMC |
| *Debtor.* | |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on August 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan, ECF No. 58

- Motion to Modify Plan After Confirmation and Proposed Order, ECF No. 59

- Notice of Motion to Modify Plan After Confirmation, ECF No. 60

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 7, 2026

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Via CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Servis One, LLC. dba BSI Financial Services**
4200 Regent Blvd. Ste. 200
Irving, TX 75063

**Mercedes-Benz Vehicle Trust**
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

**Via First Class Mail:**

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

**City of Philadelphia/Water Revenue Bureau**
Attn: Pamela Elchert Thurmond
Tax Litigation & Collections Unit
1401 JFK Boulevard, 5th Floor Philadelphia, PA 19102