**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Shavon Parker,<br><br>*Debtor*. | Chapter 13<br>Case No: 25-10932-AMC |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 59, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 58) is **APPROVED**.

**Date:** Sept. 15, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge